**Order entered September 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01190-CV

### KEVIN QUILEN, ET AL., Appellants

### V.

### LINDA ANN MILLER, ET AL., Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. 09-00936-A**

## ORDER

Before the Court is appellants' September 3, 2013 amended motion for an extension of time to file a notice of appeal. Appellants are appealing an interlocutory order of the trial court signed on August 5, 2013. Accordingly, the notice of appeal was due on Monday, August 26, 2013. *See* TEX. R. APP. P. 26.1(b). Appellants filed their notice of appeal with the trial court clerk on August 23, 2013 and with this Court on August 27, 2013. An appeal is perfected when a written notice of appeal is filed with the trial court clerk. *See* TEX. R. APP. P. 25.1(a). Because appellants timely filed their notice of appeal with the trial court clerk on August 23, 2013, we **DENY** the motion as moot.

/s/      DAVID LEWIS
JUSTICE